**AFFIDAVIT OF SERVICE**

Index #: CV 13 1172
Date Purchased: March 5, 2013
Date Filed:
Court Date:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY(S): FINK & KATZ, PLLC Jonathan A. Fink, Esq.    File No.:
ADDRESS: 40 EXCHANGE PL #2010 New York, N.Y. 10005 PH: (516) 770-7051 | 212-385-1373

**LIONEL ROBERTSON,**

vs                                                                                                                                 *Plaintiff*

**THE CITY OF NEW YORK, ET AL.,**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

NASSER H. ATRASH, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On April 17, 2013 at 10:51 AM at QUARTERMASTER SECTION 51-02 59TH STREET, WOODSIDE, NY 11377, deponent served the within **Summons in a Civil Action, Civil Cover Sheet and Complaint and Jury Demand**

with Index Number CV 13 1172, and Date Purchased March 5, 2013 endorsed thereon,
on: **POLICE OFFICER JASON SHARP OF THE NEW YORK CITY POLICE DEPARTMENT**, Defendant therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☐ By delivering to and leaving with - and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☒ By delivering a true copy of each to **P.O. Doco - Co-Worker** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

#5 MAIL COPY ☒ On April 18, 2013, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

#7 DESCRIPTION ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Male  Color of skin White  Color of hair Bald  Age 35  Height 5ft9in-6ft0in
Weight 161-200 lbs  Other Features: Glasses

#8 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC ☒ Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER ☐

Sworn to before me on this 18th day of April, 2013



NASSER H. ATRASH
Server's Lic # 1295969
Work Order # 1060228

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2016

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2016

*Capital Process Servers, Inc. 265 Post Avenue Suite 150, Westbury, NY 11590 -Tel. 516-333-6380 • Fax 516-333-6382*            NYC DCA Lic. # 1381942